UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br>         PLAINTIFF,<br>v.<br><br>CHRISTOPHER KEVLIN, JO-ANNE PAGE, LYNNE PAQUETTE IN HER CAPACITY AS GUARDIAN OF G.K. AND I.K., THOMAS PAQUETTE, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DORIS MAKELY, AND WILLIAM PAQUETTE,<br><br>         DEFENDANTS. | CIVIL ACTION NO.<br><br>1:13-cv-174-SM |

### Order on Unum Life Insurance Company of America's Motion to Deposit Interpleader Funds and for Additional Interpleader Relief

Upon consideration of Plaintiff Unum Life Insurance Company of America's ("Unum") Assented-To Motion to Deposit Funds and for Additional Interpleader Relief, it is hereby ORDERED that:

A.  Unum shall deposit into the Registry of the Court the sum of $39,000, representing the disputed proceeds of the life insurance benefits payable under Group Life Insurance Policy Number 140928 (the "Policy") as a result of the death of Doris Makely, plus interest, less $3,000 for Unum's reasonable costs, attorneys' fees and expenses incurred in connection with this action;

B.  The aforesaid amount deposited into the Registry of the Court is the total extent of Unum's liability to anyone under the Policy as a result of the death of Doris Makely;

C.      All parties are now forever enjoined from instituting or prosecuting any suit or proceeding against Unum in any court or administrative body on account of life insurance benefit payable on account of the death of Doris Makely;

D.      Unum is discharged from all further liability pursuant to the Policy as a result of the death of Doris Makely; and

E.      Unum is excused from further participation in this action.

SO ORDERED:

Entered:  July 22, 2013

_____
Steven J. McAuliffe
United States District Judge